UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-9021-DMG (AGRx) | Date | January 10, 2025 |
| Title | *Hunter Kerhart v. DEscoto West, Inc.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s)　　　　　Attorneys Present for Defendant(s)
None Present　　　　　　　　　　　　　　None Present

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On November 19, 2024, the Court set a Scheduling Conference. [Doc. # 13.] As required by the Court's November 19 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel had to file a Joint Rule 26(f) Report by January 3, 2025. To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **January 24, 2025,** why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on January 17, 2025 is hereby **VACATED** and will be rescheduled if necessary.

**IT IS SO ORDERED**.